**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1073**

TSHIBOLA CHANY KAZADI,

Petitioner,

versus

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A96-276-089)

Submitted:  September 24, 2007      Decided:  November 30, 2007

Before MICHAEL and MOTZ, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Peter Nyoh, LAW OFFICES OF ENOW AND PATCHA, Silver Spring,
Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney
General, Linda S. Wernery, Assistant Director, Leslie McKay, Senior
Litigation Counsel, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tshibola Chany Kazadi, a native and citizen of the Democratic Republic of Congo, seeks review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Kazadi's motion. See 8 C.F.R. § 1003.2(a), (b) (2007).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Kazadi, No. A96-276-089 (B.I.A. Dec. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -